IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Trinity River Resources, LP | ) | Case No. [          ] ( ) |
| | ) | |
| Debtor. | ) | |

DECLARATION FOR ELECTRONIC
FILING OF THE LIST OF 20 LARGEST
UNSECURED CREDITORS FOR TRINITY RIVER RESOURCES, LP

**PART I: DECLARATION BY DEBTOR**

As the individual authorized to act on behalf of the partnership named as the debtor in this case, I hereby request relief on behalf of the debtor in accordance with the chapter of title 11, United States Code, specified in the petitions to be filed electronically in these cases. I have read the information provided in the list of 20 largest unsecured creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein is true and correct.

I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such list of 20 largest unsecured creditors has been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

I hereby further declare under penalty of perjury that I have been authorized to file the list of 20 largest unsecured creditors on behalf of the debtor in this case.

Date: April 15, 2016

_____
Matthew J. Telfer,
Manager, Trinity River Resources GP, LLC

## PART II: DECLARATION OF ATTORNEY

I declare *under penalty of perjury* that: (1) I will give the debtor a copy of all documents referenced by Part I herein.

Date: April 15, 2016     /s/ William A. (Trey) Wood III
                         Attorney for Debtor

#5176823