**Fill in this information to identify the case:**

Debtor name _____ Trinity River Resources, LP _____

United States Bankruptcy Court for the: _____ Western _____ District of ___ Texas ___
(State)

Case number (If known): _____ 16-10472 _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BBVA Compass | Checking | 1822 | $ 1,057,022.00 |
| 3.2. | Chase | Checking | 9576 | $ 3,196.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**          $ 1,060,218.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

| Debtor | Trinity River Resources, LP | Case number (*if known*) | 16-10472 |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____Undeveloped well location costs_____ $ 9,754,633.00

8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ 9,754,633.00

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less: _____1,271,437.00_____ – _____0_____ = ........➔   $ 1,271,437.00
face amount                   doubtful or uncollectible accounts

11b. Over 90 days old: _____0_____ – _____0_____ = ........➔   $ 0
face amount                   doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 1,271,437.00

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1. _____   _____%   _____   $ _____

15.2. _____   _____%   _____   $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $ _____

---

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

---

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Oil & gas properties in Polk, Tyler and Jasper Counties, Texas | Non-Operated Wor | $ 194,078,067.00 | Ryder Scott 3P PV10 as of 1/1/2016 | $ 143,592,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 143,592,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

Schedule A/B: Assets — Real and Personal Property

Debtor _____  Case number (*if known*)_____
    Name         Trinity River Resources, LP                                         16-10472

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ❑ No

  ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ❑ No

  ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ❑ No

  ❑ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ❑ No. Go to Part 12.

  ❑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____  −  _____  = ➡  $_____

                                 Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____

_____  Tax year _____  $_____

_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$_____

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ❑ No

  ❑ Yes

Debtor _____  Case number (*if known*)_____
Name      Trinity River Resources, LP             16-10472

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,060,218.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 9,754,633.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,271,437.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 143,592,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 12,086,288.00 | + 91b. $ 143,592,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................. $ 155,678,288.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Trinity River Resources, LP |
| United States Bankruptcy Court for the: | Western District of Texas |
| | (State) |
| Case number (If known): | 16-10472 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| General Electric Capital Corporation | Substantially all of Debtor's assets | $ 118,508,719.72  $ _____ |

**Creditor's mailing address**
800 Long Ridge Road
Stamford, CT 06927

**Creditor's email address, if known**
_____

**Describe the lien**
Credit agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 03/26/2014

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| Anadarko Petroleum Corporation | Debtor's real property in Tyler and Jasper Counties | $ 800,666.95  $ _____ |

**Creditor's mailing address**
P.O. Box 730875
Houston, TX 75373

**Creditor's email address, if known**
_____

**Describe the lien**
Joint Interest Billing pursuant to Joint Operating Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** Various

**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 123,543,967.51

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3 Creditor's name**

Anadarko Petroleum Corporation

**Describe debtor's property that is subject to a lien**

Debtor's real property in Tyler and Jasper Counties

$ 364,404.68          $ _____

**Creditor's mailing address**

P.O. Box 730875
Houston, TX 75373

**Describe the lien**

Joint Interest Billing pursuant to Joint Operating Agreement

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     Various

**Last 4 digits of account number**     _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 Creditor's name**

BBX Operating, LLC

**Describe debtor's property that is subject to a lien**

Debtor's real property in Polk, Tyler and Jasper Counties

$ 3,840,425.07          $ _____

**Creditor's mailing address**

3698 RR 620 South
Suite 113
Austin, TX 78738

**Describe the lien**

Joint Interest Billing pursuant to Joint Operating Agreement; Unbilled Development Costs

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred**     Various

**Last 4 digits of account number**     _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| David M. Bennett<br>Thompson & Knight LLP<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201 | Line 2. _1_ | _____ |
| John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Line 2. _10_ | _____ |
| John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Line 2. _11_ | _____ |
| Kenneth Green<br>Snow Spence Green LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019 | Line 2. _7_ | _____ |
| Demetra L. Liggins<br>Thompson & Knight LLP<br>333 Clay Street, suite 3300<br>Houston, TX 77002 | Line 2. _1_ | _____ |
| Eric J. Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701 | Line 2. _4_ | _____ |
| Mark C. Taylor<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701 | Line 2. _4_ | _____ |
| | Line 2.____ | _____ |
| | Line 2.____ | _____ |
| | Line 2.____ | _____ |
| | Line 2.____ | _____ |
| | Line 2.____ | _____ |
| | Line 2.____ | _____ |
| | Line 2.____ | _____ |

| | In re Trinity River Resources, LP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. 16-10472 | | | | | | | | | |
| | Schedule D - Creditors Who Have Claims Secured by Property | | | | | | | | | |
| | Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip Code | Date Claim was Incurred | Insider | Nature of Lien, and Description and Value of Property Subject to Lien | Amount of Claim without Deducting Value of Collateral |
| 2.5 | ARGENT ENERGY (US) HOLDINGS INC. | 2 HOUSTON CENTER | 909 FANNIN STREET | 10TH FLOOR | HOUSTON | TX | 77010 | Var. | | Joint Interest Billing (JOA); Debtor's real property in Polk County | $   8,674.53 |
| 2.6 | ERGON ENERGY PARTNERS | DEPT #2135 | PO BOX 11407 | | BIRMINGHAM | AL | 35246 | Var. | | Joint Interest Billing (JOA); Debtor's real property in Tyler County | $   8,544.77 |
| 2.7 | GEOSOUTHERN ENERGY CORPORATION | 1425 LAKE FRONT CIRCLE | SUITE 200 | | THE WOODLANDS | TX | 77380 | Var. | | Joint Interest Billing (JOA); Debtor's real property in Tyler County | $   7,939.82 |
| 2.8 | ETOCO, L.P. | 1600 SMITH STREET | SUITE 3910 | | HOUSTON | TX | 77002 | Var. | | Joint Interest Billing (JOA); Debtor's real property in Tyler County | $   3,357.05 |
| 2.9 | BLACK STONE ENERGY COMPANY LLC | 2002 FANNIN STREET | SUITE 2020 | | HOUSTON | TX | 77002 | Var. | | Joint Interest Billing (JOA); Debtor's real property in Tyler County | $     481.02 |
| 2.10 | Polk County Tax Assessor | 416 N. Washington Ave | | | Livingston | TX | 77351-2899 | 1/31/2016 | | Penalty for late property tax filing | $467.23 |
| 2.11 | Tyler County Tax Assessor | 116 S, Charlton | | | Woodville | TX | 75979 | 1/31/2016 | | Penalty for late property tax filing | $286.67 |

**Fill in this information to identify the case:**

Debtor _____ Trinity River Resources, LP _____

United States Bankruptcy Court for the: _____ Western _____ District of _____ Texas _____
(State)

Case number _____ 16-10472 _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:  List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

State of Texas Comptroller

As of the petition filing date, the claim is: $ 129,388.79     $ 129,388.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/15/2016

**Basis for the claim:**
Franchise Tax

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____Trinity River Resources, LP_____  Case number *(if known)*_____16-10472_____
            Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.4** | **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.5** | **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.6** | **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.7** | **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Trinity River Resources, LP | Case number *(if known)* | 16-10472 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

Anadarko Petroleum Corporation
P.O. Box 730875
Houston, TX 75373

As of the petition filing date, the claim is:
*Check all that apply.*
$ 8,400,000.00
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Contract

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

Kodiak Resources, Inc.
3698 RR 620 South
Suite 113
Austin, TX 78738

As of the petition filing date, the claim is:
*Check all that apply.*
$ 873,029.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Joint Interest Billing

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

BP America Production Co.
P.O. Box 3092
Houston, TX 77253

As of the petition filing date, the claim is:
*Check all that apply.*
$ 771,758.12
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

Border to Border Exploration, LP
3698 RR 620 South
Suite 113
Austin, TX 78738

As of the petition filing date, the claim is:
*Check all that apply.*
$
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Management Fee/Reimbursement

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

Ryder Scott Company
1100 Louisiana
Suite 3800
Houston, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
$ 14,294.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Third Party Vendor

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

Richard Crow & Associates
109 S. Harris
Suite 100
Round Rock, TX 78664

As of the petition filing date, the claim is:
*Check all that apply.*
$ 8,300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accountant

**Date or dates debt was incurred** Various

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.7** | **Nonpriority creditor's name and mailing address**

Polaris Pipeline Systems LLC
3698 RR 620 South
Suite 113
Austin, TX 78738

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____ Services

**$ 7,675.90**

**Date or dates debt was incurred**          Various

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

Amarado Oil Company
3001 Ranch Road 620 South
Suite 323
Austin, TX 78738

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____ Contract

**$ 1,252.07**

**Date or dates debt was incurred**          Various

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

Transzap, Inc.
Dept. #3597
P.O. Box 123597
Dallas, TX 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____ Third Party Vendor

**$ 1,185.98**

**Date or dates debt was incurred**          Various

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

Border to Border Exploration #1, LP
3698 RR 620 South
Suite 113
Austin, TX 78738

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$ 423.76**

**Date or dates debt was incurred**          Various

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$**

**Date or dates debt was incurred**          Various

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Trinity River Resources, LP
_____
Name

Case number (if known)  16-10472
_____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Eric J. Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701 | Line 3.2<br>☐ Not listed. Explain: | _____ |
| 4.2. | Mark C. Taylor<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701 | Line 3.2<br>☐ Not listed. Explain: | _____ |
| 4.3. | | Line _____<br>☐ Not listed. Explain: | _____ |
| 4.4. | | Line _____<br>☐ Not listed. Explain _____ | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain: | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain: | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain: | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain: | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain: | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain: | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain: | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain: | _____ |

Debtor _____ Trinity River Resources, LP _____    Case number (if known) _____ 16-10472
           Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|---------------------------|----------------------------------------------------------------------------|------------------------------------------|
| 4.12 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.13 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.14 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.15 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.16 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.17 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.18 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.19 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.20 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.21 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.22 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.23 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.24 | | Line _____  ☐ Not listed. Explain: | _____ |
| 4.25 | | Line _____  ☐ Not listed. Explain: | _____ |

Debtor _____Trinity River Resources, LP_____    Case number (if known) _____16-10472_____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 129,388.79 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 10,173,432.84 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,302,821.63 |

| Fill in this information to identify the case: |
| --- |

| Debtor name | Trinity River Resources, LP |
| --- | --- |
| United States Bankruptcy Court for the: | Western  District of  Texas<br>(State) |
| Case number (If known): | 16-10472  Chapter  11 |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Management and Operations | Border to Border Exploration, LLC<br>BBX Operating, LLC |
| | **State the term remaining** | Indefinite | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Area of Mutual Interest Agreement (Neches II) | BBX Operating, LLC<br>Kodiak Resources, Inc.<br>Gillco Energy, LP<br>American Flourite, Inc.<br>Amarado Oil Company, LP<br>BTE Energy, LLC<br>Hickson Energy Corporation<br>RJH Energy, Ltd. |
| | **State the term remaining** | Indefinite | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Oil and Gas Lease Acquisition Agreement (Feel Lucky Prospect) | BBX Operating, LLC<br>Kodiak Resources, Inc.<br>Gillco Energy, LP<br>Amarado Oil Company, LP<br>BTE Energy, LLC<br>Hickson Energy Corporation<br>RJH Energy, Ltd. |
| | **State the term remaining** | Expires 4-30-18 | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Oil and Gas Lease Acquisition Agreement (Swamper Prospect) | BBX Operating, LLC<br>Kodiak Resources, Inc.<br>Gillco Energy, LP<br>GeoSouthern Energy Corporation<br>Stephens Production Company |
| | **State the term remaining** | Expires 11-30-16 | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Oil and Gas Lease Acquisition Agreement (The Duke Prospect) | BBX Operating, LLC<br>Kodiak Resources, Inc.<br>Gillco Energy, LP<br>GeoSouthern Energy Corporation |
| | **State the term remaining** | Expires 4-30-19 | |
| | **List the contract number of any government contract** | | |

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest

Development Agreement
Beech Grove Extension Area

State the term remaining

Expires 5-31-19

List the contract number of any government contract

BBX Operating, LLC
Kodiak Resources, Inc.
GeoSouthern Energy Corporation

---

**2.7**
State what the contract or lease is for and the nature of the debtor's interest

Joint Venture and Development Agreement
Make My Day Prospect Area

State the term remaining

Expires 4-30-18

List the contract number of any government contract

BBX Operating, LLC
Kodiak Resources, Inc.
Gillco Energy, LP
GeoSouthern Energy Corporation
Stephens Production Company          American Flourite, Inc.
Amarado Oil Company, LP              Adageo Energy Partners, LP
BTE Energy, LLC                      DW Energy Group, LLC
Hickson Energy Corporation
RJH Energy, Ltd.

---

**2.8**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.9**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.10**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.11**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.12**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| In re Trinity River Resources LP |
| :---: |
| Case No. 16-10472 |
| Schedule G - Executory Contracts and Unexpired Leases |

| Well Name | Area | County | Operator | O-Operated N-Non-Op | Formation | API # | Internal Res Type |
| --- | --- | --- | --- | :---: | --- | --- | :---: |
| Black Stone Mann A-24 Unit #1 | Anadarko AMI North Extension | Tyler, TX | Anadarko | N | Austin Chalk | 4245730727 | PDP |
| Black Stone Sutton A-9 #1 | Anadarko AMI North Extension | Tyler, TX | Anadarko | N | Austin Chalk | 4245730678 | PDP |
| Poindexter (BSM Tyler A-9 East Unit #1) | Anadarko AMI North Extension | Tyler, TX | Etoco | N | Austin Chalk | 4245730720 | PDP |
| Tree Frog 1 | Anadarko AMI North Extension | Tyler, TX | BBX Operating | O | Austin Chalk | 4245730802 | PDP |
| David Glenn 1 (BBX Beech Grove North Unit #2) | Lake Rene - Above the Shelf - Jasper County | Jasper, TX | BBX Operating | O | Austin Chalk | 4224130818 | PDP |
| David Glenn 2 (BBX Beech Grove North Unit #1) | Lake Rene - Above the Shelf - Jasper County | Jasper, TX | BBX Operating | O | Austin Chalk | 4224130824 | PDP |
| Frances Kunkel (Austin Chalk) | Lake Rene - Above the Shelf - Jasper County | Jasper, TX | BBX Operating | O | Austin Chalk | 4224130830 | PDP |
| Josey Wales #1 | Lake Rene - Above the Shelf - Jasper County | Jasper, TX | BBX Operating | O | Austin Chalk | 4224130827 | PDP |
| Million Dollar Baby #1 | Lake Rene - Above the Shelf - Jasper County | Jasper, TX | BBX Operating | O | Austin Chalk | 4224130825 | PDP |
| BlackStone A32 Unit A | Lake Rene - APEC Operated Area - Jasper County | Jasper, TX | BBX Operating | O | Austin Chalk | 4224130819 | PDP |
| BP Black Stone A-263 | Lake Rene - APEC Operated Area - Jasper County | Jasper, TX | Anadarko | N | Austin Chalk | 4224130794 | PDP |
| Parker #1 (A-400) | Lake Rene - APEC Operated Area - Jasper County | Jasper, TX | Anadarko | N | Austin Chalk | 4224130798 | PDP |
| BP A-31 E #1 | Lake Rene - BBX Operated Area - Jasper County | Jasper, TX | BBX Operating | O | Austin Chalk | 4224130789 | PDP |
| Younger #1-H | Lake Rene - BBX Operated Area - Jasper County | Jasper, TX | BBX Operating | O | Austin Chalk | 4224130777 | PDP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A Few Dollars More Unit #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130839 | Temp A |
| Elta Williams Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130831 | PDP |
| Fistful of Dollars North Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130837 | PDP |
| Fistful of Dollars North Unit Well #2 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130845 | PDP |
| Fistful of Dollars Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130834 | PDP |
| Fistful of Dollars Unit Well #1 (MDL WB) | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | | PBP |
| Fistful of Dollars Unit Well #1 (UPPER B) | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | | PROB |
| Fistful of Dollars Unit Well #2 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130852 | PDP |
| Fistful of Dollars Unit Well #3 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130868 | PDP |
| Frances Kunkel Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130821 | PDP |
| Gran Torino North Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130842 | PDP |
| Gran Torino South Unit Wel #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130838 | PDP |
| Gran Torino South Unit Wel #2 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130844 | PDP |
| High Plains Drifter Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130849 | PDP |
| Invictus Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130843 | Temp A* |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Magnum Force South Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130870 | PDP |
| Mystic River Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130846 | PDP |
| Outlaw Josey Wales Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130835 | Temp A |
| Space Cowboy Unit Well #1 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130857 | PDP |
| Space Cowboy Unit Well #2 | Lake Rene - Woodbine Drilling Program | Jasper, TX | BBX Operating | O | Woodbine | 4224130873 | PDP |
| 5 Pound Bass 1 | Lake Rene (Inside AOC AMI) | Tyler, TX | BBX Operating | O | Austin Chalk | 4245730829 | PDP |
| Brown Unit 1-H (Town Bluff #3 Geo southern) | Lake Rene (Inside AOC AMI) | Tyler, TX | BBX Operating | O | Austin Chalk | 4245730741 | PDP |
| Gunter #1 (Pedigo Offset 1) | Lake Rene (Inside AOC AMI) | Tyler, TX | BBX Operating | O | Austin Chalk | 4245730716 | PDP |
| Gunter 2 (Town Bluff #2 (Pedigo Offset #2)) | Lake Rene (Inside AOC AMI) | Tyler, TX | BBX Operating | O | Austin Chalk | 4245730749 | PDP |
| Goode #1 | Lake Rene Area - Tyler County | Tyler, TX | Ergon | N | Austin Chalk | 4245730636 | PDP |
| Hatton No 1 | Lake Rene Area - Tyler County | Tyler, TX | Ergon | N | Austin Chalk | 4245730734 | PDP |
| Mason | Lake Rene Area - Tyler County | Tyler, TX | Ergon | N | Austin Chalk | 4245730697 | PDP |
| Ratcliffe #1 | Lake Rene Area - Tyler County | Tyler, TX | Ergon | N | Austin Chalk | 4245730673 | PDP |
| Robin Hood (Big Thicket No 1) | Lake Rene Area - Tyler County | Tyler, TX | Ergon | N | Austin Chalk | 4245730748 | PDP |
| Town Bluff #1 | Lake Rene Area - Tyler County | Tyler, TX | Ergon | N | Austin Chalk | 4245730732 | PDP |
| Tucker #1 | Lake Rene Area - Tyler County | Tyler, TX | Ergon | N | Austin Chalk | 4245730680 | PDP |
| Turner (Ratcliffe East #1) | Lake Rene Area - Tyler County | Tyler, TX | Ergon | N | Austin Chalk | 4245730724 | PDP |
| Lake Tejas (#2) Unit 2 #1 | Lake Tejas | Tyler, TX | Geosouthern | N | Austin Chalk | 4245730702 | PDP |
| Lake Tejas Unit 1 #1 | Lake Tejas | Tyler, TX | BBX Operating | O | Austin Chalk | 4245730854 | PDP |

| Lake Tejas Unit 4 #1 | Lake Tejas | Tyler, TX | BBX Operating | O | Austin Chalk | 4245730773 | PDP |
|---|---|---|---|---|---|---|---|
| Aldridge Trust Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730578 | PDP |
| Black Stone Clark A-169 #1 Well | Neches Development Area | Tyler, TX | Black Stone | N | Austin Chalk | 4245730602 | PDP |
| Black Stone Dial A-206 Unit, Well #1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730657 | PDP |
| Black Stone Dial A-206 Unit, Well #2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730683 | PDP |
| Black Stone Lanier A-23 A (BSMC Clarke A-70 #3) | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730828 | PDP |
| Black Stone Lowe A444 Unit #1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730718 | PDP |
| Black Stone Minerals A-354 Unit, No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730632 | PDP |
| Black Stone Minerals A-354 Unit, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730651 | PDP |
| Black Stone Minerals A36 Well #1 | Neches Development Area | Tyler, TX | BBX Op | O | Austin Chalk | 4245730622 | PDP |
| Black Stone Minerals A36 Well #2 | Neches Development Area | Tyler, TX | BBX Op | O | Austin Chalk | 4245730667 | PDP |
| Black Stone Minerals A-388 Well #1Unit (Schroder) | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730737 | PDP |
| Black Stone Minerals A-5 East Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730592 | PDP |
| Black Stone Minerals A-5 East Unit, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730659 | PDP |
| Black Stone Minerals A-6 Unit, Well No.1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730582 | PDP |
| Black Stone Minerals A-6 Unit, Wel No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730604 | PDP |
| Black Stone Minerals A-618 Unit, Well #3 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730726 | PDP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Black Stone Minerals A-618 Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730643 | PDP |
| Black Stone Minerals A-618 Unit, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730670 | PDP |
| Black Stone Schmeid A1070 #1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730721 | PDP |
| Black Stone Simmons A-70 #1 Well | Neches Development Area | Tyler, TX | Black Stone | N | Austin Chalk | 4237331065 | PDP |
| Black Stone South A-7 Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730623 | PDP |
| Black Stone South A-7 Unit, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730735 | PDP |
| Black Stone Wilburn Unit #1 | Neches Development Area | Tyler, TX | BBX Op | O | Austin Chalk | 4245730645 | PDP |
| Black Stone-Martindale Unit A-6, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730586 | PDP |
| Black Stone-Martindale Unit A-6, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730610 | PDP |
| Blackstone Hamilton Unit (Woodville East #1) | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730780 | PDP |
| Blackstone Lanier A-23 C (Black Stone Clarke A-70 #2) | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730776 | PDP |
| BP Minerals A-18 #2 (A-820 Unit, Well #2) | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730742 | PDP |
| BP Minerals A-18 Unit #1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730687 | PDP |
| Clemmons Unit, Well #1A | Neches Development Area | Tyler, TX | ETOCO | N | Austin Chalk | 4245730668 | PDP |
| Crain-Black Stone A-375 Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730609 | PDP |
| Elijah Hanks A-20 Unit, Well #1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730675 | PDP |
| Hanks #2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730739 | PDP |
| Hooker #1 Well | Neches Development Area | Tyler, TX | Ergon | N | Austin Chalk | 4245730591 | PDP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Howell Realty Trust Unit, Well No. #1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730625 | PDP |
| Howell Realty Trust Unit, Well No. #2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730674 | PDP |
| Ira Taylor A-637 Unit, Well #1 | Neches Development Area | Tyler, TX | ETOCO | N | Austin Chalk | 4245730614 | PDP |
| Ira Taylor A-637 Unit, Well #2 | Neches Development Area | Tyler, TX | ETOCO | N | Austin Chalk | 4245730679 | PDP |
| Jane Taylor A-33 West Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730701 | PDP |
| Jane Taylor A-33 West Unit, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730715 | PDP |
| Mann Trust Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730564 | PDP |
| Pfuger-Black Stone A-20 Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730612 | PDP |
| Pfuger-Black Stone A-20 Unit, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730631 | PDP |
| Reid-O'Brien Trust Unit No. 1, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730706 | PDP |
| Reid-O'Brien Trust Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730572 | PDP |
| Robert Lucus A-24 West Unit, Well #1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730656 | PDP |
| Robert Lucus A-24 West Unit, Well #2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730676 | PDP |
| Shivers-Black Stone A-7 Unit, Well No. 1 | Neches Development Area | Tyler, TX | BBX Operating | N | Austin Chalk | 4245730598 | PDP |
| Shivers-Black Stone A-7 Unit, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730642 | PDP |
| Shivers-Black Stone A-7 Unit, Well No. 3 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730746 | PDP |
| Sterling-Black Stone A-5 Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730621 | PDP |
| Sterling-Black Stone A-5 Unit, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730736 | PDP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Stryker Unit (NW Woodville) | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730761 | PDP |
| Tubb Trust #1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730733 | PDP |
| Wheat Minerals Trust Unit, Well No. 1 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730585 | PDP |
| Wheat Minerals Trust Unit, Well No. 2 | Neches Development Area | Tyler, TX | Anadarko | N | Austin Chalk | 4245730588 | PDP |
| Woods | Neches Development Area | Tyler, TX | Argent | N | Austin Chalk | 4237331083 | PDP |
| Baxter #1 | Ollie East Area | Polk, TX | Argent | N | Austin Chalk | 4237331099 | PDP |
| Best-Kenneson W #2 Estes Unit #1 | Ollie East Area | Polk, TX | Argent | N | Austin Chalk | 4237331103 | PDP |
| Best-Kenneson Willsource Unit #1 Well | Ollie East Area | Polk, TX | Argent | N | Austin Chalk | 4237331006 | PDP |
| Black Stone - Allen Unit. No.1 Well | Ollie East Area | Polk, TX | BBX Operating | N | Austin Chalk | 4237331071 | PDP |
| Black Stone A-319 Unit #1 | Ollie East Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331136 | PDP |
| Carter North A144 (Simmons #3) | Ollie East Area | Polk, TX | Argent | N | Austin Chalk | 4237331117 | PDP |
| Dickens #1 A-214 | Ollie East Area | Polk, TX | Argent | N | Austin Chalk | 4237331085 | PDP |
| McDonnold Unit No. 1 Well WI APO | Ollie East Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331086 | PDP |
| Simmons A-70 2-H Unit | Ollie East Area | Polk, TX | Argent | N | Austin Chalk | 4237331077 | PDP |
| Bear Creek North #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331092 | PDP |
| Bear Creek SE #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331105 | PDP |
| Bear Creek SE #2 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331118 | PDP |
| Bear Creek SW #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331113 | PDP |
| Bear Creek SW #2 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331120 | PDP |
| Black Bear | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331135 | Plugged |
| Blackstone Minerals A-507 #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331114 | PDP |
| Blackstone Minerals A-507 #2 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331119 | PDP |
| Blackstone Minerals A-917 #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331095 | PDP |
| Brown Bear #1  (Hon #1) | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331147 | PDP |
| BS Batson Unit #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331081 | PDP |
| BS Carter Well #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331087 | PDP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BS Gilleland Unit 1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331093 | PDP |
| BS Minerals A278-1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331144 | PDP |
| Devore Unit A-225 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331184 | PDP |
| Grizzly Bear #1      (BS #1) | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331236 | PDP |
| Kodiak Bear #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331252 | PDP |
| Parrish RE | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331074 | Plugged |
| Sansom #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331178 | PDP |
| Sansom #2 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331185 | PDP |
| Sutton A574 #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331130 | PDP |
| Swamp Bear #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331191 | PDP |
| Yogi Bear #1 | Ollie West Area | Polk, TX | BBX Operating | O | Austin Chalk | 4237331222 | PDP |
| Citizen Land Corp. | Phillips Lake Prospect / TURKEY CREEK | Tyler, TX | Anadarko | N | Austin Chalk | 4245730605 | |
| Ealand-Wood #1RE | Phillips Lake Prospect / TURKEY CREEK | Tyler, TX | Ergon | N | Austin Chalk | 4245730756 | PDP |
| Phillips Lake Well No. 1 (Austin Chalk) | Phillips Lake Prospect / TURKEY CREEK | Tyler, TX | Anadarko | N | Austin Chalk | 4245730629 | PDP |
| ARBRA Bailey | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Woodbine | 4237330207 | PDP |
| Blackstone Minerals #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331048 | PDP |
| Blackstone Minerals #2 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331052 | PDP |
| Blackstone Minerals #3 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331144 | PDP |
| Blackstone Minerals #4 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331088 | PDP |
| Blackstone Minerals #5 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331091 | PDP |
| Bryan Harper | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331230 | PDP |
| Davis 388 #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331112 | PDP |
| Davis A-39 #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331134 | PDP |
| Davis Ferland #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331164 | PDP |
| Davis Ferland #2 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331214 | PDP |
| Freeman A-45 #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331098 | PDP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ike T Smith #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Woodbine | 4237330102 | PDP |
| J P Hickman Well #2 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Woodbine | 4237330791 | PDP |
| Jay Snook | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331251 | PDP |
| Johns Wilburn #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331180 | PDP |
| JP Hickman Well #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Woodbine | 4237330208 | SI |
| Katherine Leary #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331057 | PDP |
| Louis Barkely 1 | Seven Oaks Area - OK | Polk, TX | Linn | N | Woodbine | 4237330095 | SI |
| Louis Barkely 2 | Seven Oaks Area - OK | Polk, TX | Linn | N | Woodbine | 4237330957 | PDP |
| Louise Bonetti 1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Woodbine | 4237330153 | SI |
| Oates #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331160 | PDP |
| Oates #2 (Jefferson Davis #2) | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331192 | PDP |
| Seven Oaks Townsite 1 | Seven Oaks Area - OK | Polk, TX | Linn | N | Woodbine | 4237330185 | PDP |
| Southland Paper Mills A Well #3 | Seven Oaks Area - OK | Polk, TX | Linn | N | Woodbine | 4237330148 | SI |
| Southland Paper Mills A2 | Seven Oaks Area - OK | Polk, TX | Linn | N | Woodbine | 4237330134 | PDP |
| Southland paper Mills A2 #1H | Seven Oaks Area - OK | Polk, TX | Linn | N | Woodbine | 4237331090 | PDP |
| Southland Paper Mills B Well #2 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Woodbine | 4237330068 | PDP |
| Southland Paper Mills Well #5 | Seven Oaks Area - OK | Polk, TX | Linn | N | Woodbine | 4237330966 | PDP |
| Southland Paper Mills Well 3 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Woodbine | 4237330961 | PDP |
| TE Jones #1 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Woodbine | 4237330082 | PDP |
| Wirt Davis A-388 #2 | Seven Oaks Area - OK | Polk, TX | BBX Operating | O | Austin Chalk | 4237331151 | PDP |
| BBX A-727 (Blackstone A-495 No1) | Ten Mile Creek | Jasper, TX | Anadarko | N | Austin Chalk | 4224130799 | PDP |
| ROGANVILLE TURNER A-39 #1 | Ten Mile Creek | Jasper, TX | Anadarko | N | Austin Chalk | 4224130806 | PDP |

**Fill in this information to identify the case:**

Debtor name _____ Trinity River Resources, LP _____

United States Bankruptcy Court for the: _____ Western _____ District of __ Texas __
(State)

Case number (If known): _____ 16-10472 _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | Trinity River Resources, LP | Case number *(if known)* | 16-10472 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | | | | ❏ D  ❏ E/F  ❏ G |
| 2.8 | | | | ❏ D  ❏ E/F  ❏ G |
| 2.9 | | | | ❏ D  ❏ E/F  ❏ G |
| 2.10 | | | | ❏ D  ❏ E/F  ❏ G |
| 2.11 | | | | ❏ D  ❏ E/F  ❏ G |
| 2.12 | | | | ❏ D  ❏ E/F  ❏ G |
| 2.13 | | | | ❏ D  ❏ E/F  ❏ G |
| 2.14 | | | | ❏ D  ❏ E/F  ❏ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __Trinity River Resources, LP__

United States Bankruptcy Court for the: __Western__ District of __Texas__
(State)

Case number (*If known*): __16-10472__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/05/2016__      **X** _____
         MM / DD / YYYY            Signature of individual signing on behalf of debtor

                         John Gaines
                         Printed name

                         CFO, Trinity River Resources GP LLC
                         Position or relationship to debtor