**Fill in this information to identify the case:**

Debtor name _____ Trinity River Resources, LP _____

United States Bankruptcy Court for the: _____ Western _____  District of _____ Texas _____
(State)

Case number (If known): _____ 16-10472 _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2016<br>MM / DD / YYYY to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 4,987,500.00 |
| **For prior year:** | From 01/01/2015<br>MM / DD / YYYY to | 12/31/2015<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 44,353,675.00 |
| **For the year before that:** | From 01/01/2014<br>MM / DD / YYYY to | 12/31/2014<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 69,418,894.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | Trinity River Resources, LP | Case number (*if known*) | 16-10472 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Annex A | _____ | $_____ | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | Street | _____ | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State          ZIP Code | _____ | | ❑ Other _____ |
| 3.2. | | | $_____ | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | Street | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State          ZIP Code | _____ | | ❑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Annex B | _____ | $_____ | _____ |
| | Insider's name | | | |
| | Street | _____ | | _____ |
| | | _____ | | |
| | City          State          ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | _____ | | |
| | Street | | | _____ |
| | | _____ | | |
| | City          State          ZIP Code | | | _____ |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Debtor | Trinity River Resources, LP | Case number (*if known*) | 16-10472 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| See Annex C | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX–_____ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ergon Energy Partners, LP et al. v. Anadarko E&P Onshore LLC | Contract dispute | Arbitration before Int'l Institute for Conflict Prevention & Resolution | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Name | |
| | | | Street | |
| | _____ | | City          State          ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☑ Pending ☐ On appeal ☐ Concluded |
| | American Fluorite et al. v. BBX Opearting, LLC et al. | Contract dispute | 1st District Court, Jasper County, Texas | |
| | **Case number** | | Name | |
| | | | Street | |
| | _____ | | City          State          ZIP Code | |

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | _____ | Name |
| City        State        ZIP Code | **Case number** | Street |
| | _____ | |
| | **Date of order or assignment** | City        State        ZIP Code |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| Street _____ | _____ | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Annex D | | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** _____ | _____ | | |

---

Debtor _____ Case number (if known)_____
                  Trinity River Resources, LP                                                    16-10472
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State          ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State          ZIP Code | |

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City        State        ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ | _____ <br><br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City        State        ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ | _____ <br><br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1.** _____ Name _____ Street _____ City    State    ZIP Code | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| **18.2.** _____ Name _____ Street _____ City    State    ZIP Code | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

| Debtor | Trinity River Resources, LP | Case number *(if known)* | 16-10472 |
|---|---|---|---|
| | Name | | |

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

| Part 12: | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | Street | | |
| | _____ | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State     ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State     ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State     ZIP Code | | From _____   To _____ |

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. John Gaines | From 2010  To Present |
| Name | |
| 3698 Ranch Road 620 South, Suite 113 | |
| Street | |
| Austin                    TX              78738 | |
| City                      State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. Richard Crow & Associates | From 2010  To Present |
| Name | |
| 109 S. Harris, Suite 100 | |
| Street | |
| Round Rock                 TX              78738 | |
| City                       State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. See Annex E | From _____  To _____ |
| Name | |
| Street | |
| City                       State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____  To _____ |
| Name | |
| Street | |
| City                       State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. John Gaines | _____ |
| Name | _____ |
| 3698 Ranch Road 620 South | _____ |
| Street | |
| Austin                    TX              78738 | |
| City                      State          ZIP Code | |

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|--------|-----------------------------|------------------------|----------|
|        | Name                        |                        |          |

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.2. | |
| Name | _____ |
| Street | _____ |
| | _____ |
| City                     State                     ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1.    GECC |
| Name |
| 800 Long Ridge Road |
| Street |
| Stamford                     CT                     06927 |
| City                          State                  ZIP Code |

| Name and address |
|------------------|
| 26d.2.    Morgan Stanley |
| Name |
| 2000 Westchester Ave., 1st Floor |
| Street |
| Purchase                     NY                     10577 |
| City                          State                  ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|------------------------------------------------------------------------|
| 27.1. |
| Name |
| Street |
| City                          State                  ZIP Code |

Debtor _____ Trinity River Resources, LP _____  Case number *(if known)* _____ 16-10472 _____

Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.

_____

Name

_____

Street

_____

City _____ State _____ ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Trinity River Resources GP, LLC | 3698 RR 620 South, Suite 113, Austin, TX 78738 | Managing Member | 0.78% |
| Kodiak Resources, Inc | 3698 RR 620 South, Suite 113, Austin, TX 78738 | Member | 26.65% |
| Neches Development, L.P. | 3698 RR 620 South, Suite 113, Austin, TX 78738 | Member | 38.13% |
| Ollie Development, L.P. | 3698 RR 620 South, Suite 113, Austin, TX 78738 | Member | 32.44% |
| Phillips Lake Development #1, L.P. | 3698 RR 620 South, Suite 113, Austin, TX 78738 | Member | 2.00% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Annex F | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | _____ | |
| City _____ State _____ ZIP Code | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

| Debtor | Trinity River Resources, LP | Case number (if known) | 16-10472 |
|---|---|---|---|
| | Name | | |

**Name and address of recipient**

30.2

Name

Street

City                    State          ZIP Code

Relationship to debtor

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/05/2016
               MM  / DD  / YYYY

✗ _____          Printed name  John Gaines
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CFO, Trinity River Resources GP, LLC

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

| | | | | |
|---|---|---|---|---|
| In re Trinity River Resources, LP | | | | |
| Case No. 16-10472 | | | | |
| Statement of Financial Affairs - Annex A | | | | |
| Debtor Name | Creditor Name | Dates of Payments | Amount Paid | Reason for Payment |
| Trinity River Resources | Argent Energy (Us) Holdings INC | 01/22/2016 | $ 6,235.63 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | 01/22/2016 | $ 24,895.65 | Insurance |
| Trinity River Resources | BBX Operating, LLC | 01/22/2016 | $ 6,626.79 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | 02/01/2016 | $ 1,732,339.56 | Joint Interest Billing (Ad valorem Taxes) |
| Trinity River Resources | BBX Operating, LLC | 02/05/2016 | $ 259,987.33 | Joint Interest Billing |
| Trinity River Resources | Blackhill Partners, LLC | 02/08/2016 | $ 66,549.80 | Professional Fees |
| Trinity River Resources | Blackhill Partners, LLC | 02/24/2016 | $ 80,050.75 | Professional Fees |
| Trinity River Resources | Blackhill Partners, LLC | 04/05/2016 | $ 77,042.75 | Professional Fees |
| Trinity River Resources | Blackhill Partners, LLC | 04/15/2016 | $ 17,646.00 | Professional Fees |
| Trinity River Resources | Blackhill Partners, LLC | 04/20/2016 | $ 3,000.00 | Professional Fees |
| Trinity River Resources | Border to Border Exploration, LLC | 01/22/2016 | $ 113,826.88 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | 02/08/2016 | $ 236,173.12 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | 04/15/2016 | $ 100,000.00 | Management Fee |
| Trinity River Resources | Bracewell & Giuliani LLP | 02/08/2016 | $ 17,623.01 | Professional Fees |
| Trinity River Resources | Bracewell & Giuliani LLP | 02/24/2016 | $ 50,000.00 | Professional Fees |
| Trinity River Resources | Bracewell & Giuliani LLP | 04/12/2016 | $ 310,418.55 | Professional Fees |
| Trinity River Resources | Bridgepoint Consulting LLC | 02/08/2016 | $ 45,164.50 | Professional Fees |
| Trinity River Resources | Bridgepoint Consulting LLC | 02/24/2016 | $ 25,000.00 | Professional Fees |
| Trinity River Resources | Bridgepoint Consulting LLC | 04/12/2016 | $ 45,000.00 | Professional Fees |
| Trinity River Resources | Bridgepoint Consulting LLC | 04/15/2016 | $ 45,000.00 | Professional Fees |
| Trinity River Resources | Ducera Partners LLC | 02/08/2016 | $ 107,462.76 | Professional Fees |
| Trinity River Resources | Ergon Energy Partners | 01/22/2016 | $ 7,939.36 | Joint Interest Billing |
| Trinity River Resources | Ergon Energy Partners | 02/08/2016 | $ 21,635.36 | Joint Interest Billing |
| Trinity River Resources | Etoco, L.P. | 01/22/2016 | $ 7,404.99 | Joint Interest Billing |
| Trinity River Resources | Etoco, L.P. | 02/08/2016 | $ 1,012.47 | Joint Interest Billing |
| Trinity River Resources | General Electric Capital Corporation | 02/02/2016 | $ 1,114,770.91 | Interest |
| Trinity River Resources | General Electric Capital Corporation | 03/03/2016 | $ 1,190,732.52 | Interest |
| Trinity River Resources | General Electric Capital Corporation | 03/03/2016 | $ 3,660,078.00 | Debt Repayment |
| Trinity River Resources | Geosouthern Energy Corporation | 01/22/2016 | $ 8,902.78 | Joint Interest Billing |

| | | | | | |
|---|---|---|---|---|---|
| Trinity River Resources | Geosouthern Energy Corporation | 02/08/2016 | $ | 7,188.79 | Joint Interest Billing |
| Trinity River Resources | Jasper County Tax Office | 02/01/2016 | $ | 26,684.95 | Ad Valorem Taxes |
| Trinity River Resources | Kodiak Resources, Inc. | 02/03/2016 | $ | 154,057.65 | Joint Interest Billing |
| Trinity River Resources | Linn Energy Holdings LLC | 02/08/2016 | $ | 7,492.15 | Joint Interest Billing |
| Trinity River Resources | Ryder Scott Company | 01/22/2016 | $ | 37,141.75 | 3rd Party Vendor |
| Trinity River Resources | Scotia Waterous (USA) Inc. | 02/01/2016 | $ | 60,000.00 | Retainer |
| Trinity River Resources | Scotia Waterous (USA) Inc. | 04/15/2016 | $ | 76,366.04 | Legal Fees |
| Trinity River Resources | Thompson & Knight LLP | 02/24/2016 | $ | 103,800.56 | Professional Fees |
| Trinity River Resources | Thompson & Knight LLP | 04/05/2016 | $ | 377,469.72 | Professional Fees |
| Trinity River Resources | Thompson & Knight LLP | 04/15/2016 | $ | 98,588.37 | Professional Fees |
| Trinity River Resources | TRC Companies Inc | 02/24/2016 | $ | 35,000.00 | Professional Fees |
| Trinity River Resources | TRC Companies Inc | 04/05/2016 | $ | 29,000.00 | Professional Fees |
| Trinity River Resources | Vinson & Elkins LLP | 04/05/2016 | $ | 59,640.50 | Professional Fees |
| Trinity River Resources | Anadarko E&P Onshore, LLC | 01/22/2016 | $ | 362.69 | Joint Interest Billing |
| Trinity River Resources | Blackstone Energy Company, LLC | 01/22/2016 | $ | 604.24 | Joint Interest Billing |
| Trinity River Resources | Blackstone Energy Company, LLC | 02/08/2016 | $ | 131.53 | Joint Interest Billing |
| Trinity River Resources | Border To Border Exploration #1, LLC | 01/22/2016 | $ | 644.35 | Revenue Distribution |
| Trinity River Resources | EFS Royalty Holdings, LLC | 01/22/2016 | $ | 9.94 | Revenue Distribution |
| Trinity River Resources | Linn Operating, Inc | 02/08/2016 | $ | 3,160.15 | Joint Interest Billing |
| Trinity River Resources | Neches Development, L.P. | 01/22/2016 | $ | 1,982.34 | Revenue Distribution |
| Trinity River Resources | Polk County Assessor-Collector | 02/01/2016 | $ | 2,546.12 | Ad Valorem Taxes |
| Trinity River Resources | Transzap, Inc. | 01/22/2016 | $ | 422.61 | 3rd Party Vendor |
| Trinity River Resources | Transzap, Inc. | 02/08/2016 | $ | 250.72 | 3rd Party Vendor |
| Trinity River Resources | Tyler County Tax Assessor/Collector | 02/01/2016 | $ | 4,094.63 | Ad Valorem Taxes |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| In re Trinity River Resources, LP | | | | |
|---|---|---|---|---|
| Case No. 16-10472 | | | | |
| Statement of Financial Affairs - Annex B | | | | |
| Payments or other transfers of property made within 1 year before filing this case that benefited any insider | | | | |
| Creditor Name | Relationship to Debtor | Dates of Payments | Amount Paid | Reason for Payment |
| BBX Operating, LLC | Affiliate | 04/22/2015 | $ 1,350,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 05/07/2015 | $ 3,000,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 05/28/2015 | $ 4,000,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 06/11/2015 | $ 500,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 07/01/2015 | $ 2,000,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 07/08/2015 | $ 500,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 07/16/2015 | $ 1,100,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 07/31/2015 | $ 2,000,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 08/07/2015 | $ 1,200,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 08/19/2015 | $ 50,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 09/01/2015 | $ 500,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 09/01/2015 | $ 1,800,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 09/30/2015 | $ 750,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 11/03/2015 | $ 1,000,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 11/06/2015 | $ 4,550,961.20 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 11/10/2015 | $ 235,298.19 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 01/07/2016 | $ 320,000.00 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 01/22/2016 | $ 24,895.65 | Insurance |
| BBX Operating, LLC | Affiliate | 01/22/2016 | $ 6,626.79 | Joint Interest Billing |
| BBX Operating, LLC | Affiliate | 02/01/2016 | $ 1,732,339.56 | Joint Interest Billing (Ad valorem Taxes) |
| BBX Operating, LLC | Affiliate | 02/05/2016 | $ 259,987.33 | Joint Interest Billing |
| Border To Border #1,LP | Affiliate | 08/31/2015 | $ 790,613.00 | Loan Repayment |
| Border To Border #1,LP | Affiliate | 01/22/2016 | $ 644.35 | Revenue Distribution |
| Border to Border Exploration, LLC | Affiliate | 04/30/2015 | $ 420,000.00 | Management Fee |
| Border to Border Exploration, LLC | Affiliate | 06/30/2015 | $ 420,000.00 | Management Fee |
| Border to Border Exploration, LLC | Affiliate | 08/12/2015 | $ 420,000.00 | Management Fee |
| Border to Border Exploration, LLC | Affiliate | 09/30/2015 | $ 420,000.00 | Management Fee |
| Border to Border Exploration, LLC | Affiliate | 11/02/2015 | $ 420,000.00 | Management Fee |

| | | | | |
|---|---|---|---|---|
| Border to Border Exploration, LLC | Affiliate | 11/10/2015 | $ 1,867,749.44 | Management Fee and Profit Sharing |
| Border to Border Exploration, LLC | Affiliate | 01/07/2016 | $ 200,000.00 | Management Fee |
| Border to Border Exploration, LLC | Affiliate | 01/22/2016 | $ 113,826.88 | Management Fee |
| Border to Border Exploration, LLC | Affiliate | 02/08/2016 | $ 236,173.12 | Management Fee |
| Border to Border Exploration, LLC | Affiliate | 04/15/2016 | $ 100,000.00 | Management Fee |
| Kodiak Resources, Inc. | Affiliate | 08/25/2015 | $ 32.99 | Revenue Payment |
| Kodiak Resources, Inc. | Affiliate | 04/22/2015 | $ 750,000.00 | Joint Interest Billing |
| Kodiak Resources, Inc. | Affiliate | 06/19/2015 | $ 275,000.00 | Joint Interest Billing |
| Kodiak Resources, Inc. | Affiliate | 09/30/2015 | $ 300,000.00 | Joint Interest Billing |
| Kodiak Resources, Inc. | Affiliate | 02/03/2016 | $ 154,057.65 | Joint Interest Billing |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

In re Trinity River Resources, LP
Case No. 16-10472
Statement of Financial Affairs - Annex C
Setoffs

| Name of Creditor | Address1 | Address2 | Address3 | City | State | Zip | Date of Setoff | Amount of Setoff |
|---|---|---|---|---|---|---|---|---|
| BBX Operating, LLC | 3698 RR 620 South | Suite 113 | | Ausint | TX | 78738 | 2/29/2016 | $744,478.78 |
| General Electric Capital Corporatio | 800 Long Ridge Rd | | | Stamford | CT | 6927 | 3/22/2016 | $683,604.21 |
| General Electric Capital Corporatio | 800 Long Ridge Rd | | | Stamford | CT | 6927 | 3/3/2016 | $300,000.00 |
| Anadarko Petroleum Corp. | PO Box 730875 | | | Houston | TX | 75373 | 2/16 - 3/16 | $143,613.00 |
| General Electric Capital Corporatio | 800 Long Ridge Rd | | | Stamford | CT | 6927 | 3/11/2016 | $13,293.28 |
| Argent Energy (US) Holdings | 2 Houston Center | 909 Fannin | 10th Floor | Houston | TX | 77010 | 11/15 - 3/16 | $10,372.73 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| In re Trinity River Resources, LP<br>Case No. 16-10472<br>Statement of Financial Affairs - Annex D<br>Payments related to bankruptcy | | | |
|---|---|---|---|
| Name of Payee | Date of Payment | Amount | Reason for Payment |
| BDO USA, LLP | 06/30/2015 | $ 71,235.91 | Professional Fees |
| Bracewell & Giuliani LLP | 08/10/2015 | $ 295.00 | Professional Fees |
| Taube Summers LLP | 08/10/2015 | $ 460.00 | Professional Fees |
| Thompson & Knight LLP | 12/15/2015 | $ 382,112.18 | Professional Fees |
| Blackhill Partners, LLC | 12/15/2015 | $ 165,485.77 | Professional Fees |
| Vinson & Elkins LLP | 12/15/2015 | $ 51,887.00 | Professional Fees |
| Opportune LLP | 12/15/2015 | $ 119,297.50 | Professional Fees |
| Bracewell & Giuliani LLP | 12/15/2015 | $ 150,000.00 | Professional Fees |
| Ducera Partners LLC | 12/15/2015 | $ 100,000.00 | Professional Fees |
| Bridgepoint Consulting LLC | 01/06/2016 | $ 25,000.00 | Professional Fees |
| Blackhill Partners, LLC | 01/06/2016 | $ 26,692.50 | Professional Fees |
| Ducera Partners LLC | 01/06/2016 | $ 110,263.08 | Professional Fees |
| Thompson & Knight LLP | 01/06/2016 | $ 141,733.04 | Professional Fees |
| Bracewell & Giuliani LLP | 01/06/2016 | $ 260,000.00 | Professional Fees |
| Bracewell & Giuliani LLP | 02/08/2016 | $ 17,623.01 | Professional Fees |
| Bridgepoint Consulting LLC | 02/08/2016 | $ 45,164.50 | Professional Fees |
| Blackhill Partners, LLC | 02/08/2016 | $ 66,549.80 | Professional Fees |
| Ducera Partners LLC | 02/08/2016 | $ 107,462.76 | Professional Fees |
| Bridgepoint Consulting LLC | 02/24/2016 | $ 25,000.00 | Professional Fees |
| Bracewell & Giuliani LLP | 02/24/2016 | $ 50,000.00 | Professional Fees |
| Blackhill Partners, LLC | 02/24/2016 | $ 80,050.75 | Professional Fees |
| Thompson & Knight LLP | 02/24/2016 | $ 103,800.56 | Professional Fees |
| Vinson & Elkins LLP | 04/05/2016 | $ 59,640.50 | Professional Fees |
| Blackhill Partners, LLC | 04/05/2016 | $ 77,042.75 | Professional Fees |
| Thompson & Knight LLP | 04/05/2016 | $ 377,469.72 | Professional Fees |
| Bridgepoint Consulting LLC | 04/12/2016 | $ 45,000.00 | Professional Fees |
| Bracewell & Giuliani LLP | 04/12/2016 | $ 310,418.55 | Professional Fees |
| Blackhill Partners, LLC | 4/15/2016 | $ 17,646.00 | Professional Fees |
| Bridgepoint Consulting LLC | 4/15/2016 | $ 45,000.00 | Professional Fees |
| Thompson & Knight LLP | 4/15/2016 | $ 98,588.37 | Professional Fees |

| Blackhill Partners, LLC | 4/20/2016 | $ | 30,000.00 | Professional Fees |

In re Trinity River Resources, LP

Case No. 16-10472

Statement of Financial Affairs - Annex E

All firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case

| Debtor Name | Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Trinity River Resources | John Gaines | 3698 Ranch Road 620 South | Suite 113 | | Austin | TX | 78738 |
| Trinity River Resources | Richard Crow & Associates | 109 S Harris | Suite 100 | | Round Rock | TX | 78738 |
| Trinity River Resources | BDO | 2929 Allen Pkwy | 20th Floor | | Houston | TX | 77019 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| In re Trinity River Resources, LP |
|---|
| Case No. 16-10472 |
| Statement of Financial Affairs - Annex F |
| Payments, distributions, or withdrawals credited or given to insiders |

| Debtor Name | Creditor Name | Relationship to Debtor | Dates | Amount Paid | Description of Property |
|---|---|---|---|---|---|
| Trinity River Resources | BBX Operating, LLC | Affiliate | 04/22/2015 | $ 1,350,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 05/07/2015 | $ 3,000,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 05/28/2015 | $ 4,000,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 06/11/2015 | $ 500,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 07/01/2015 | $ 2,000,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 07/08/2015 | $ 500,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 07/16/2015 | $ 1,100,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 07/31/2015 | $ 2,000,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 08/07/2015 | $ 1,200,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 08/19/2015 | $ 50,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 09/01/2015 | $ 500,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 09/01/2015 | $ 1,800,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 09/30/2015 | $ 750,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 11/03/2015 | $ 1,000,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 11/06/2015 | $ 4,550,961.20 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 11/10/2015 | $ 235,298.19 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 01/07/2016 | $ 320,000.00 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 01/22/2016 | $ 24,895.65 | Insurance |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 01/22/2016 | $ 6,626.79 | Joint Interest Billing |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 02/01/2016 | $ 1,732,339.56 | Joint Interest Billing (Ad valorem Taxes) |
| Trinity River Resources | BBX Operating, LLC | Affiliate | 02/05/2016 | $ 259,987.33 | Joint Interest Billing |
| Trinity River Resources | Border To Border #1 LP | Affiliate | 08/31/2015 | $ 790,613.00 | Loan Repayment |
| Trinity River Resources | Border To Border #1 LP | Affiliate | 01/22/2016 | $ 644.35 | Revenue Distribution |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 04/15/2015 | $ 210,000.00 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 04/30/2015 | $ 420,000.00 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 06/30/2015 | $ 420,000.00 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 08/12/2015 | $ 420,000.00 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 09/30/2015 | $ 420,000.00 | Management Fee |

| | | | | | |
|---|---|---|---|---|---|
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 11/02/2015 | $ 420,000.00 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 11/10/2015 | $ 1,867,749.44 | Management Fee and Profit Sharing |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 01/07/2016 | $ 200,000.00 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 01/22/2016 | $ 113,826.88 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 02/08/2016 | $ 236,173.12 | Management Fee |
| Trinity River Resources | Border to Border Exploration, LLC | Affiliate | 04/15/2016 | $ 100,000.00 | Management Fee |
| Trinity River Resources | Kodiak Resources, Inc. | Affiliate | 08/25/2015 | $ 32.99 | Revenue Distribution |
| Trinity River Resources | Kodiak Resources, Inc. | Affiliate | 04/22/2015 | $ 750,000.00 | Joint Interest Billing |
| Trinity River Resources | Kodiak Resources, Inc. | Affiliate | 06/19/2015 | $ 275,000.00 | Joint Interest Billing |
| Trinity River Resources | Kodiak Resources, Inc. | Affiliate | 09/30/2015 | $ 300,000.00 | Joint Interest Billing |
| Trinity River Resources | Kodiak Resources, Inc. | Affiliate | 02/03/2016 | $ 154,057.65 | Joint Interest Billing |
| Trinity River Resources | Neches Development, L.P. | Affiliate | 01/22/2016 | 1,982.34 | Revenue Distribution |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |