IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TRINITY RIVER RESOURCES. LP | § | |
| | § | CASE NO. 16-10472-tmd |
| Debtor | § | |

### BBX OPERATING, LLC'S MOTION TO COMPEL PAYMENT OF CURE CLAIMS

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE TONY DAVIS, UNITED STATES BANKRUPTCY JUDGE:

BBX Operating, LLC ("BBX") files this Motion to Compel Payment of Cure Claims, as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. In connection with the sale of substantially all of the Debtor's asset, the Debtor original filed its Notice of Intent to Assume and Assign Certain Unexpired Leases and Executory Contracts and Setting Forth Cure Amounts (the "Contract List") on July 31, 2017 [Dkt. 357]. BBX (along with Kodiak Resources, Inc.) timely filed an Objection to certain of the proposed Cure Amounts, relating to certain contracts which were proposed to be assumed and assigned by the Debtor in connection with the sale of assets. *See* Dkt. 380. The Debtor subsequently

031731-62584/4830-3842-5432.1

Page 1

amended its Contract List on September 6, 2017 [Dkt.390], and filed a Corrected Amended List on the same day [Dkt. 392].

3. Ultimately, the Debtor decided to assume and assign certain Joint Operating Agreements to the Purchaser (East Chalk Holdings II, LLC), which was approved by this Court pursuant to the Court's Order dated September 20, 2017 [Dkt. 420].

4. The cure claim totals for the assigned Joint Operating Agreements owed to BBX totals $202,641.69.[1]

5. Instead of paying the cure claims (or promptly pay the cure claims) at the time of the assumption and assignment of the contracts, the parties agreed to attempt to resolve certain differences regarding the amounts owed, and BBX supplied all requested backup information. Except for approximately $12,000 of the amount sought by BBX, the Debtor does not dispute the amounts due under the assumed contracts. Though BBX has demanded payment of the cure claim amount to BBX, the Debtor has refused to do so, stating that it is holding such funds due to a purported "set off" based upon the claims in the adversary proceeding styled *Trinity River Resources, LP v. BBX Operating, LLC et al*, Adversary No. 17-01090.

6. None of the allegations raised in the adversary proceeding relate to the contracts that were assumed and assigned. Moreover, assumption of the contracts "cleanses" the contracts from any claims for recovery of avoidable transfers. *See, e.g., Compton v. Mustang Engineering Ltd. (In re MPF Holdings U.S., LLC)*, 495 B.R. 303 (Bankr. S.D. Tex. 2013)(barring preference claims); *Official Comm. of Unsecured Creditors v. Aust (In re Network Access Solutions Corp.)*, 330 B.R. 67 (Bankr. D. Del. 2006)(barring fraudulent transfer claims); *Alberts v. Humana Health*

---

[1] There is a dispute over approximately $12,000 of this amount with the Debtor, though BBX expects that this will be resolved.

031731-62584/4830-3842-5432.1

Page 2

*Plan, Inc. (In re Greater Southeast Community Hospital Corp.)*, 327 B.R. 26 (Bankr. D.D.C. 2005)(barring preference claims).

7. The retention of these funds by the Debtor is unjustified, and effectively amounts to a pre-judgment attachment or garnishment of these funds without any basis. The Bankruptcy Code, and applicable case law, require that these funds be turned over and paid to BBX and BBX seeks an order compelling the Debtor to turn over such funds immediately. The desire to hold these funds based upon unadjudicated and uncertain claims is without any basis, and the funds should be paid.

WHEREFORE, based on the foregoing, BBX requests that the Court grant this motion, grant such other and further relief to which it may show itself to be justly entitled.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Mark C. Taylor*
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    Morris D. Weiss
    State Bar No. 21110850
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    (512) 685-6400
    (512) 685-6417 (facsimile)

ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing has been served upon those parties receiving the Court's ECF e-mail notification including counsel listed below, and on all parties listed on the attached list on December 15, 2017.

Thomas A. Labuda
Duston K. McFaul
Sidley Austin LLP
1000 Louisiana Street, Suite 6000
Houston, Texas 77002

                                                */s/ Mark C. Taylor*
                                                Mark C. Taylor

# SERVICE LIST

**DEBTOR**
Trinity River Resources, LP
3698 Ranch Road 620 South, Suite 113
Austin, TX 78738

**DEBTOR'S PROFESSIONALS**
Bracewell LLP (*via ECF*)
Attn: William A. (Trey) Wood III/
Jason G. Cohen
711 Louisiana, Suite 2300
Houston, Texas 77002

Scotia Waterous (USA), Inc.
Attn: Robert Urquhart
711 Louisiana Street, Suite 1400
Houston, Texas 77002

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee (*via ECF*)
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

United States Attorney
Civil Process Clerk – Internal Revenue Service
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

IRS Insolvency Office
300 E. 8th St., Mail Stop 5026AUS
Austin, TX 78701

Texas Comptroller of Public Accounts
(*via ECF*)
Office of the Texas Attorney General
Attn: Kimberly A. Walsh
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin, TX 78711-2548

Securities & Exchange Commission
100 F St. NE
Washington, DC 20549

Polk County Tax Assessor
416 N. Washington Ave.
Livingston, TX 77351-2899

Tyler County Tax Assessor
1001 West Bluff
Woodville, TX 75979

Lee Gordon (*via ECF*)
McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, Texas 78680

Jasper County Tax Assessor-Collector
P.O. Box 1970
Jasper, TX 75951

John P. Dillman (*via ECF*)
Linebarger Goggan Blair & Sampson,
P.O. Box 3064
Houston, TX 77253-3064

Railroad Commission of Texas
Oil & Gas Division
PO Box 12967
Austin, TX 78711-2967

Railroad Commission of Texas
c/o Office of the Attorney General
William P. Clements Building
Bankruptcy and Collections Dept.
300 West 15th Street
Austin, TX 78701

**HOLDERS OF EQUITY INTERESTS IN DEBTORS**
Trinity River Resources GP, LLC
3698 Ranch Road 620 South, Suite 113
Austin, TX 78738

Kodiak Resources, Inc.
Attention: Blake Biscoe
3698 Ranch Road 620 South, Suite 113
Austin, TX 78738

Neches Development, L.P.
3698 Ranch Road 620 South, Suite 113
Austin, TX 78738

Ollie Development, L.P.
3698 Ranch Road 620 South, Suite 113
Austin, TX 78738

Phillips Lake Development #1, L.P.
3698 Ranch Road 620 South, Suite 113
Austin, TX 78738

**SECURED CREDITORS**
GE Capital EFS Financing, Inc.
800 Long Ridge Road
Stamford, CT 06927

Thompson & Knight LLP (*via ECF*)
Attn: David M. Bennett
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201

Thompson & Knight LLP (*via ECF*)
Attn: Demetra Liggins/Ayo O. Shittu
333 Clay Street, Suite 3300
Houston, TX 77002

**TOP 20 UNSECURED CREDITORS**
Anadarko Petroleum Corporation
P.O. Box 730875
Dallas, TX 75373

Anadarko E&P Onshore, LLC
P.O. Box 730875
Dallas, TX 75373

Norton Rose Fulbright (*via ECF*)
Bob B. Bruner/William R. Greendyke
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

BP America Production Company
P.O. Box 3092
Houston, TX 77253-3092

Black Stone Energy Company, LLC
1001 Fannin Street, Suite 2020
Houston, TX 77002

Philip Eisenberg
Locke Lord
2800 JPMorgan Chase Tower
600 Travis
Houston, TX 77002

Argent Energy (US) Holdings Inc.
2 Houston Center
909 Fannin Street, 10th Floor
Houston, TX 77010

Ergon Energy Partners
Dept. #2135
P.O. Box 11407
Birmingham, AL 35246

Ryder Scott Company
1100 Louisiana Street, Suite 3800
Houston, TX 77002

Linn Operating, Inc.
Attn: Legal Department
600 Travis Street, Suite 5100
Houston, TX 77002

031731-62584/4815-0506-1190.1

Etoco, L.P.
1600 Smith Street, Suite 3910
Houston, TX 77002

Transzap
Dept. #3597
P.O. Box 123597
Dallas, TX 75312

Snow Spence Green LLP (via ECF)
Kenneth Green/Blake Hamm/
Carolyn Carollo
2929 Allen Parkway, Suite 2800
Houston, TX 77019

GeoSouthern Energy Corporation
Attn: Monte James/
Margaret Woodward Molleston
1425 Lake Front Circle, Suite 200
The Woodlands, TX 77380

American Flourite, Inc.
Attn: Margaret Woodward Molleston
1425 Lake Front Circle, Suite 200
The Woodlands, TX 77380

**OTHER PARTIES IN INTEREST**
BBX Operating, LLC
Attn: Matthew J. Telfer
3698 Ranch Road 620S, Suite 113
Austin, TX 78738

Border to Border Exploration, LLC
3698 Ranch Road 620S, Suite 113
Austin, TX 78738

Border to Border Exploration #1, LP
3698 Ranch Road 620S, Suite 113
Austin, TX 78738

American Fluorite, Inc.
1425 Lake Front Circle, Ste. 200
The Woodlands, TX 77380-3659

Dobrowski, Larkin & Johnson LLP
Attn: Paul Dobrowski
4601 Washington Ave., Suite 300
Houston, TX 77007

Seale, Stover & Bisbey
Attn: Blair Bisbey
P.O. Box 480
Jasper, TX 75951

EFS Royalty Holdings, LLC
Attn: Spark/AMPS ID 25574
P.O. Box 417196
Boston, MA 02241

Morgan Stanley Capital Group, Inc.
Attn: Commodities
2000 Westchester Avenue
Purchase, NY 10577-2530

Vinson & Elkins, L.L.P. (via ECF)
William L. Wallander/Paul E. Heath
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975

General Electric Capital Corporation
800 Long Ridge Road
Stamford, CT 06927

Elizabeth J. Hickson (via ECF)
Hickson Law, P.C.
4833 Spicewood Springs Road, #200
Austin, TX 78759

Amarado Oil Company, Ltd.
Attention: David Dachner
3001 RR 620 S., Suite 323
Austin, Texas 78734

BTE Energy, LLC
Attn: Burke T. Edwards
3001 RR 620 S., Suite 321
Austin, Texas 78734

Gillco Energy, LP
Attention: Bill Gilliland
500 South Taylor, Suite 101 LB 249
Amarillo, Texas 79101

Hickson Energy Corp.
403 Hazeltine Dr.
Austin, Texas 78734

Stephens Production Company
Attn: Mr. Trice Hufford
Three Hughes Landing
1780 Hughes Landing Blvd., Suite 300
The Woodlands, Texas 77380

RJH Energy, Ltd.
3001 RR 620 S., Suite 322
Austin, Texas 78734

Adageo Energy Partners
Attention: Clay Womack
1250 S. Capital of Texas Hwy
Bldg 1, Suite 350
Austin, Texas 78746

DW Energy Group, LLC
Attention: Martin White
104 Decker Court, Suite 300
Irving, TX 75062

8288 Hill Country, Ltd
Attention: Bill Gilliland
500 South Taylor, Suite 101
Amarillo, TX 78101

BBXLLC, Inc.
Attention: Blake Biscoe
3698 Ranch Road 620S, Suite 113
Austin, TX 78738

BTE Energy, LLC
Attention: Burke T. Edwards
4833 Spicewood Springs Rd., Suite 201
Austin, TX 78759

DW Energy Group, LLC
Attention: Martin White
909 Lake Carolyn Parkway, Suite 1925
Irving, TX 75039

Roger W. Hoch
No Forwarding Address

Stephens Production Company
Attn: Mr. Trice Hufford
808 Travis Street, Suite 2300
The Niels Esperson Bldg.
Houston, Texas 77002

The Feel Lucky Group through its
Nominee
Kodiak Resources, Inc.
3698 Ranch Road 620 South, Suite 113
Austin, TX 78738

Amarado Oil Company, Ltd.
Attention: David Dachner
4833 Spicewood Springs Rd., Suite 204
Austin, Texas 78759

American Flourite, Inc.
Attn: Jeffery S. Rawson
2121 Sage Road, Suite 270
Houston, TX 77056

031731-62584/4815-0506-1190.1