**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | § | | |
| **TRINITY RIVER RESOURCES, LP** | § | **CASE NO.** | **16-10472** |
| | § | **CHAPTER 11** | |
| **DEBTOR** | § | | |

**CHAPTER 11 POST-CONFIRMATION REPORT**
**FOR THE QUARTER ENDING JUNE 30, 2018**

1.   **X**   Quarterly   or   _____ Final (check one)

2. SUMMARY OF DISBURSEMENTS*:

    A. Disbursements made under the plan (itemize on page 3)          $      786,218.12
    B. Disbursements not under the plan                                  $           -
             Total Disbursements                              $      786,218.12
         * ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE
              ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?                  **X** Yes         ___ No
4. Are Plan payments being made as required under the Plan?      **X** Yes         ___ No
5. If "No", what Plan payments have not been made and why?
    Please explain:
                    _____
                    _____
                    _____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property
    under the plan?      December 28, 2017                (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
    *Resolution / adjudication of litigation, causes of action and outstanding issues, including*
    *disputed claims and reconciliation*

9. Complete the form for Plan Disbursements attached.

10. <u>CONSUMMATION OF PLAN:</u>
    A.  If this is a final report, has an application for Final Decree been submitted?
        _____ Yes    Date application was submitted _____
            **X**    No      Date when application will be submitted   unknown _____
    *(if required by Local Rule)*
    B.  Estimated Date of Final Payment Under Plan     Unknown _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE.

    SIGNED: _____            DATE: _____ July 30, 2018 _____
                **John T. Young, Jr.**
                   (PRINT NAME)

IN RE: TRINITY RIVER RESOURCES, LP                                                            CASE NO. 16-10472

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | $ 2,130,254.33 | $ - |
| RECEIPTS | $ - | $ 3,439,894.75 |
| DISBURSEMENTS | | |
| NET PAYROLL | $ - | $ - |
| PAYROLL TAXES PAID | $ - | $ - |
| SECURED/RENTAL/LEASES | $ - | $ - |
| UTILITIES | $ - | $ - |
| INSURANCE | $ - | $ - |
| INVENTORY PURCHASES | $ - | $ - |
| VEHICLE EXPENSES | $ - | $ - |
| TRAVEL & ENTERTAINMENT | $ - | $ - |
| REPAIRS, MAINTENANCE & SUPPLIES | $ - | $ - |
| ADMINISTRATIVE & SELLING | $ - | $ - |
| OTHER (attach list) | $ - | $ - |
| PLAN PAYMENTS (page 1 and page 3) | $ 786,218.12 | $ 2,095,858.54 |
| TOTAL DISBURSEMENTS (this figure should equal Total Disbursements, Item 2, Summary of Disbursements) | $ 786,218.12 | $ 2,095,858.54 |
| NET CASH FLOW | $ (786,218.12) | $ 1,344,036.21 |
| CASH-END OF QUARTER | $ 1,344,036.21 | $ 1,344,036.21 |

**CASH ACCOUNT RECONCILIATION FOR ALL FUNDS**
**QUARTER ENDING JUNE 30, 2018**

| | Apr-18 | May-18 | Jun-18 | Total |
|---|---|---|---|---|
| Bank Balance | $ 1,600,199.56 | $ 1,411,541.06 | $ 1,344,026.21 | $ 1,344,026.21 |
| Deposit in Transit | $ - | $ - | $ - | $ - |
| Outstanding Checks | $ - | $ - | $ - | $ - |
| Adjusted Balance | $ 1,600,199.56 | $ 1,411,541.06 | $ 1,344,026.21 | $ 1,344,026.21 |
| Beginning Cash-Per Books | $ 2,130,254.33 | $ 1,600,199.56 | $ 1,411,551.06 | $ 2,130,254.33 |
| Receipts | $ - | $ - | $ - | $ - |
| Transfers Between Accounts | $ - | $ - | $ - | $ - |
| Checks/Other Disbursements | $ (530,054.77) | $ (188,648.50) | $ (67,514.85) | $ (786,218.12) |
| Ending Cash-Per Books | $ 1,600,199.56 | $ 1,411,551.06 | $ 1,344,036.21 | $ 1,344,036.21 |

**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

| | Apr-18 | May-18 | Jun-18 | Total |
|---|---|---|---|---|
| Beginning Cash | $ 2,130,254.33 | $ 1,600,199.56 | $ 1,411,551.06 | $ 2,130,254.33 |
| Total Receipts | $ - | $ - | $ - | $ - |
| Total Disbursements | $ (530,054.77) | $ (188,648.50) | $ (67,514.85) | $ (786,218.12) |
| Ending Cash | $ 1,600,199.56 | $ 1,411,551.06 | $ 1,344,036.21 | $ 1,344,036.21 |

**IN RE: TRINITY RIVER RESOURCES, LP**                    **CASE NO. 16-10472**

## PAYMENTS TO CREDITORS UNDER PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| BBX Operating, LLC | Admin | N/A | $ 189,915.36 | $ 189,915.36 |
| Black Stone Energy Company LLC | Admin | N/A | $ - | $ 581.06 |
| Bracewell LLP | Admin | N/A | $ - | $ 180,905.11 |
| CGI Technologies and Solutions | N/A | N/A | $ 5,396.26 | $ 5,396.26 |
| Conway MacKenzie, Inc. | Admin | N/A | $ - | $ 155,695.79 |
| Conway MacKenzie, Inc. | N/A | N/A | $ 190,475.58 | $ 373,899.64 |
| Conway MacKenzie Management Service, LLC | Admin | N/A | $ - | $ 22,583.47 |
| Conway MacKenzie Management Service, LLC | N/A | N/A | $ 75,001.76 | $ 150,005.00 |
| Etoco, L.P. | Admin | N/A | $ - | $ 4,613.38 |
| GeoSouthern Energy Corporation | Admin | N/A | $ - | $ 10,351.07 |
| Grant Thornton, LLP | Admin | N/A | $ - | $ 33,082.00 |
| Grant Thornton, LLP | N/A | N/A | $ 9,450.00 | $ 19,105.00 |
| Moss Adams LLP | N/A | N/A | $ 6,825.00 | $ 8,876.70 |
| Sidley Austin LLP | Admin | N/A | $ - | $ 271,290.60 |
| Sidley Austin LLP | N/A | N/A | $ 298,534.90 | $ 499,550.05 |
| Texas Comptroller of Public Accounts | Priority | N/A | $ - | $ 129,388.79 |
| U.S. Trustee | N/A | 7/31/2018 | $ 10,619.26 | $ 40,619.26 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL PLAN PAYMENTS: (report on page 1 and page 2)** | | | $ 786,218.12 | $ 2,095,858.54 |