

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 02, 2018.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Trinity River Resources, LP | § | Case No. 16-10472 (TMD) |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER DISMISSING MOTION TO INTERVENE FOR NON-COMPLIANCE

On September 27, 2018, Aaron Hunter filed a pleading titled Motion to Intervene to Rule 24(A) No, 2 [ECF No. 648]. The Court considered the "motion" for what it was in substance: an objection to the *Joint Motion of the TRR Trust and GeoSouthern for Entry of an Order Directing BBX Operating, LLC to Disburse the Remaining Funds in the BBX Suspense and Revenue Accounts* (the "Motion") [ECF No. 631]. And in response to this pleading and other pro se pleadings filed in objection to the disbursement motion described above, the Court added language to the order granting the disbursement motion designed to preserve the rights of Mr. Hunter and the other objecting parties. However, because the motion lacks a certificate of service and a

proposed order, the Court finds that it should be dismissed for non-compliance with the Court's local rules.

ACCORDINGLY, IT IS ORDERED that the Motion to Intervene to Rule 24(A) No, 2 [ECF No. 648] is dismissed for lack of compliance with local rules.

# # #